```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF MISSOURI
                         EASTERN DIVISION
```

CARMAN L. DECK,                     )
                                    )
            Plaintiff,              )
                                    )
        v.                          )    No. 4:07-CV-455-JCH
                                    )
DON ROPER, et al.,                  )
                                    )
            Defendants.             )

## ORDER

**IT IS HEREBY ORDERED** that plaintiff's motion to alter or amend judgment [Doc. #10] is **DENIED**.[1]

Dated this 4th day of April, 2007

/s/ Jean C. Hamilton
**UNITED STATES DISTRICT JUDGE**

---

[1] This action was dismissed on March 22, 2007 [Doc. #5 and Doc. #6], and plaintiff filed a notice of appeal on March 30, 2007 [Doc. #7].